UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CLOROX COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>ODYSSEY MANUFACTURING CO.,<br><br>    Defendant. | Case No. 24-mc-80096-DMR<br><br>**ORDER TRANSFERRING MOTION TO QUASH TO THE MIDDLE DISTRICT OF FLORIDA** |

The Clorox Company ("Clorox") filed a motion to quash a subpoena issued by Odyssey Manufacturing Co. ("Odyssey") in connection with litigation pending in the United States District Court for the Middle District of Florida, *Odyssey Manufacturing Co. v. Olin Corporation*, No. 8:23-cv-00940. [Docket No. 1.] The court denied the motion without prejudice and ordered the parties to meet and confer and file a joint letter if disputes remained after meeting and conferring. [Docket No. 4.] The parties filed a joint discovery letter on May 21, 2024 in which Odyssey "suggest[ed] that the Middle District of Florida court . . . is better positioned to address Clorox's relevancy arguments." [Docket No. 11.]

Federal Rule of Civil Procedure 45(f) provides that "[w]hen the court where compliance is required did not issue the subpoena, it may transfer a motion under this rule to the issuing court if the person subject to the subpoena consents[.]" Fed. R. Civ. P. 45(f). Accordingly, the court ordered the parties to file a joint letter by May 30, 2024 stating whether they consent to transferring Clorox's motion to quash to the Middle District of Florida pursuant to Rule 45(f). [Docket No. 12.] The parties timely filed a letter stating their agreement and Clorox's consent to transfer the discovery dispute to the Middle District of Florida where the *Olin* litigation is pending. [Docket No. 13.]

1   The request of the parties is granted.  Clorox's motion to quash Odyssey's subpoena is
2 hereby transferred to the United States District Court for the Middle District of Florida pursuant to
3 Federal Rule of Civil Procedure 45(f).  To accomplish this transfer, Clorox and Odyssey are
4 ordered to file their May 21, 2024 joint discovery letter in the existing underlying case in the
5 United States District Court for the Middle District of Florida.  The clerk is hereby ordered to
6 close this case.

8   **IT IS SO ORDERED.**

9   Dated: May 31, 2024



Donna M. Ryu
Chief Magistrate Judge

2